Argued May 21, affirmed May 21, petition for rehearing denied
June 14, petition for review denied July 31, 1973

## DAVID WILLIAM JONES, *Appellant, v.* CUPP (No. 76038), *Respondent.*

509 P2d 1228

*Sam A. McKeen,* Klamath Falls, argued the cause and filed the brief for appellant.

*William R. Canessa,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.